**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------x  Civil Action No.: CV-04-5491
UNITED STATES OF AMERICA,              §
                                       §
           Plaintiff,                  §
    - against-                         §
                                       §
ALICIA R CHARLES,                      §
                                       §
           Defendant.                  §
----------------------------------------x

## DEFAULT JUDGMENT

Because Alicia R Charles failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from Alicia R Charles:

**Claim No. C100-05768W**

| | |
|---|---|
| Principal Balance: | $2,758.80 |
| Total Interest Accrued at 8.000%: | $3,580.74 |
| Filing and Service of Process: | ~~$220.00~~ |
| Subtotal: | ~~$6,519.54~~ |
| Attorney's Fees: | $ |
| Total Owed: | $ 6,339.54 |

Post-judgment interest shall be calculated, pursuant to 28 U.S.C. §1961.

Signed: Brooklyn, New York

June 10, 2005

_____
~~Allyne R. Ross~~   Clerk) Court
~~United States District Judge~~